UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 08 C 2671 |
|---|---|
| KWAME ADAMS, Plaintiff | Judge Der-Yeghiayan |
|  | Mag. Judge Ashman |
| v. |  |
| CITY OF CHICAGO et al., Defendants. |  |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**City of Chicago** Defendant.

| SIGNATURE | |
|---|---|
| /s/ Marcy M. Labedz | ASSISTANT CORPORATION COUNSEL |

| FIRM |
|---|
| CITY OF CHICAGO. DEPT. OF LAW-INDIVIDUAL DEFENSE DIVISION |

| STREET ADDRESS |
|---|
| 30 N. LaSALLE STREET, SUITE 1400 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06279219 | (312) 744-3982 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**   NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |