UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAWME ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 2671 |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER | ) | JUDGE DER-YEGHIAYAN |
| A. ALCAZAR, star # 11992, and | ) | MAGISTRATE JUDGE ASHMAN |
| E.J. Poppish, star #13971, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**NOTICE OF AGREED MOTION**

TO:   Jeffrey Brooks Granich
      Law Offices of Jeffrey Granich
      53 W. Jackson, Suite 840
      Chicago, IL 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Der-Yeghiayan or before such other Judge sitting in his place or stead, on **Thursday, June 19, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 12th day of June 2008.

                                        Respectfully submitted,

                                        /s/ Marcy M. Labedz
                                        Marcy M. Labedz

30 North LaSalle St., Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Attorney No. 06279219

1