**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kwame Adams
                              Plaintiff,

v.                                        Case No.: 1:08−cv−02671
                                          Honorable Samuel Der−Yeghiayan

City of Chicago, Illinois, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendant City of Chicago's agreed motion for extension of time to file answer or otherwise plead [11] is granted to 08/11/08 as to all Defendants. Status hearing reset to 08/14/08 at 9:00 a.m. Status hearing set for 07/23/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.