UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KWAME ADAMS, | ) |
| | ) |
| | ) Case No. 08 C 2671 |
| Plaintiff, | ) |
| | ) |
| vs. | ) JUDGE DER-YEGHIAYAN |
| | ) |
| CITY OF CHICAGO, ILLINOIS, and | ) MAGISTRATE JUDGE ASHMAN |
| CHICAGO POLICE OFFICER | ) |
| A. ALCAZAR, Star No. 11992, and | ) |
| CHICAGO POLICE OFFICER | ) |
| E. J. POPPISH, Star No. 13971, | ) |
| | ) |
| Defendants. | ) **JURY TRIAL DEMANDED** |

**JOINT JURISDICTION STATEMENT**

Plaintiff, Kwame Adams, by and through his attorney Jeffrey B. Granich, Defendants Antoinett Alcazar, Edward Poppish, and City of Chicago, by and through their attorney Marcy Labedz, pursuant to this Court's case management procedures, jointly submit the following Jurisdiction statement:

**I.  SUBJECT MATTER JURISDICTION**

Jurisdiction is based on 28 U.S.C. §§ 1331 and 1343, as well as supplemental jurisdiction based on 28 U.S.C. §1367 for Plaintiff's state law claims.

**II.  VENUE**

This is an appropriate venue because all of the alleged acts occurred in Chicago, Illinois, Northern District of Illinois.  The date of incident May 21, 2007.

Respectfully Submitted,

/s/  Jeffrey B. Granich                          /s/  Marcy Labedz
Jeffrey B. Granich                               Assistant Corporation Counsel
Law Offices of Jeffrey B. Granich                City of Chicago, Dept. of Law
53 W. Jackson, Ste. 840                          30 N. LaSalle St., Suite 1400
Chicago, Illinois 60604                          Chicago, IL 60602
(312) 939-9009                                   (312) 744-3982
Attorney No. 6207030                             Attorney No. 6279219