IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KWAME ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 CV 2671 |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | JUDGE DER YEGHIAYAN |
| CHICAGO POLICE OFFICER | ) | MAGISTRATE JUDGE ASHMA |
| A. ALCAZAR, Star No. 11992, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| E. J. POPPISH, Star No. 13971, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Jeffrey Brooks Granich
      Law Offices of Jeffrey Granich
      53 W. Jackson, Suite 840
      Chicago, IL 60604

**PLEASE TAKE NOTICE** that on August 11, 2008, I have caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
(312) 744-6566 (Fax)
Atty. No. 06279219