# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Kwame Adams

                         Plaintiff,

v.                                          Case No.: 1:08−cv−02671
                                            Honorable Samuel Der−Yeghiayan

City of Chicago, Illinois, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

        MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 09/11/08 at 9:00 a.m. Counsel appeared and reported to the Court that the parties are attempting to resolve the instant action. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.