IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KWAME ADAMS,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, ILLINOIS, and<br>CHICAGO POLICE OFFICER<br>A. ALCAZAR, Star No. 11992, and<br>CHICAGO POLICE OFFICER<br>E. J. POPPISH, Star No. 13971,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)  NO.  08 CV 2671<br>)<br>)  JUDGE DER YEGHIAYAN<br>)  MAGISTRATE JUDGE ASHMAN<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Jeffrey B. Granich
Attorney for Plaintiff,
Kwame Adams
Law Offices of Jeffrey Granich
53 W. Jackson, Suite 840
Chicago, IL 60604
(312) 939-9009
Attorney No. 6207030
Date: 8-21-08

Marcy M. Labedz
Assistant Corporation Counsel
Attorney for Defendants
Antoinett Alcazar and Edward Poppish
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Attorney No.6279219
Date: 8-22-08

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: Marcy Labedz
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Attorney No.6279219

Date: 8-22-08