# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2671 | **DATE** | 8/25/2008 |
| **CASE TITLE** | Kwame Adams vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

The parties having stipulated to the agreed dismissal of this action pursuant to settlement, this case is hereby dismissed with prejudice, each party to bear its own costs and fees in accordance with the terms of the Parties' release and settlement agreement and the agreed order of dismissal. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|