IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KWAME ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 CV 2671 |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | JUDGE DER YEGHIAYAN |
| CHICAGO POLICE OFFICER | ) | MAGISTRATE JUDGE ASHMAN |
| A. ALCAZAR, Star No. 11992, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| E. J. POPPISH, Star No. 13971, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Kwame Adams, by one of his attorneys, Jeffrey B. Granich, and Defendants, Antoinett Alcazar and Edward Poppish, by their attorney, Marcy M. Labedz, and Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Kwame Adams, against Defendants, City of Chicago, Antoinett Alcazar, and Edward Poppish, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _Samuel Der-Yeghiayan_
The Honorable Samuel Der-Yeghiayan
United States District Judge

DATED: August 25, 2008